**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 2:25-MJ-00610-EPD |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MAGISTRATE JUDGE** |
| v. | ) | **ELIZABETH PRESTON DEAVERS** |
| | ) | |
| **SATHTHIA G. LINGAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO TRAVEL**

Defendant Saththia Lingan respectfully moves this Court for an order permitting him to travel from his district of residence, the Southern District of Florida, to North Carolina from January 2, 2026 through January 4, 2026. The Government does not object to this request.

Per the terms of Mr. Lingan's bond, he is not permitted to leave the Southern District of Florida without prior Court approval. (Dkt # 8, p. 4). Accordingly, Mr. Lingan now seeks such approval so that he can accompany his elderly father to North Carolina so that his father can purchase and bring home a new vehicle for his own use. Mr. Lingan is not a flight risk nor a danger to the community, and this is his first such request to travel.

Respectfully Submitted,

*/s/ Samantha DeRoos*
Samantha DeRoos (0101035)
BARNES & THORNBURG, LLP
41 South High Street, Suite 3300
Columbus, OH  43215-6104
(614) 628-0096
(614) 628-1433 fax
Samantha.DeRoos@btlaw.com

*Attorney for Defendant Saththia Lingan*